

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Andrew William Cox,                  * From the 91st District Court
                                           of Eastland County,
                                           Trial Court No. 25522.

Vs. No. 11-22-00190-CR              * March 14, 2024

The State of Texas,                   * Memorandum Opinion by Williams, J.
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.